# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**LEE J. JONES,**

        Plaintiff,

        -vs-

**Case No. 06-C-1292**

**BOARD OF REGENTS OF THE UNIVERSITY OF WISCONSIN SYSTEM, RICHARD J. TELFER, JAMES W. FREER, INDRA MOHABIR-ENGSTRANG AND MARTHA D. SAUNDERS,**

        Defendants.

## ORDER FOR DISMISSAL

Pursuant to the parties' stipulation, this case is dismissed with prejudice and without costs or fees.

Dated at Milwaukee, Wisconsin, this 7th day of November, 2007.

**SO ORDERED,**

**s/ Rudolph T. Randa**
**HON. RUDOLPH T. RANDA**
**Chief Judge**